UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY FARNSWORTH, MICHAEL              :
FELICIOTTI, JOYCE FELTS, JAMES        :
FLANIGAN, EMMA FLOWERS, LORINE        :
FORREST, SHARILYN FRANZMAN, ELSIE     :
FREDS, MELISSA GAINES, VIVIAN GIBBS,  :
PAULINE GIBSON, MILTON GILLILAND,     :
EUNICE GOLFIS, FREDA GOODE, RICHARD   :
GRAY, SYLVIA GRAY, MARIA GREEN,       :
SHERI GREEN, ALLISON GREENE, CONNIE   :
GRISSOM,                              :
                                      :
        Plaintiffs.                   :      Civil Action
v.                                    :      No. 04-11369-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
        Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 7, 2004                         Respectfully submitted,
    Boston, Massachusetts

                                            /s/Matthew J. Matule
                                            Matthew J. Matule (BBO #632075)
                                            SKADDEN, ARPS, SLATE,
Of Counsel:                                    MEAGHER & FLOM LLP
Barbara Wrubel                              One Beacon Street
Katherine Armstrong                         Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                       (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                            Boehringer Ingelheim Pharmaceuticals, Inc